UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 20-1259

ARMEL BAXTER,
                              Appellant

v.

SUPERINTENDENT COAL TOWNSHIP SCI;
DISTRICT ATTORNEY PHILADELPHIA;
ATTORNEY GENERAL PENNSYLVANIA

(E.D. Pa. No. 2-18-cv-00046)

Present:  SHWARTZ, PORTER, and MATEY, Circuit Judges

  1. Motion by Appellees to Publish Opinion dated April 8, 2021.

  2. Response by Appellant to Appellees' Motion to Publish Opinion
     dated April 8, 2021.

                              Respectfully,
                              Clerk/mb/arr

_____ORDER_____
The foregoing motion by Appellees to publish the opinion dated April 8, 2021 is granted.

                              By the Court,

                              s/Patty Shwartz
                              Circuit Judge

Dated:        June 1, 2021
MB/cc:        Daniel A. Silverman, Esq.
              David Napiorski, Esq.
              Ronald Eisenberg, Esq.